UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In the Matter of the Petition of:

PJSC Uralkali for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding

No. MC18-0105RSL

ORDER DIRECTING SERVICE AND ESTABLISHING RESPONSE DEADLINE

Having reviewed the petition of PJSC Uralkali for an *ex parte* order permitting petitioner to issue a Rule 45 subpoena to John E. McCaw, Jr., and approving the scope of the proposed subpoena, it is hereby ORDERED THAT:

1. The Court declines to rule on this matter *ex parte*. Petitioner shall, within twenty-one (21) days of the date of this Order, serve a copy of this Order, together with the petition and supporting documents, on John E. McCaw, Jr. Within seven (7) days of service, petitioner shall file proof thereof. If service cannot be timely effected, petitioner shall seek additional time to make such service. If petitioner fails to comply with this paragraph, this action shall be dismissed.

2. John E. McCaw, Jr., may file with the Court an opposition to the petition not later than fourteen (14) days after receipt of this Order.

3. If an opposition is filed, this matter will be given a civil action number and

ORDER DIRECTING SERVICE AND
ESTABLISHING RESPONSE DEADLINE - 1

assigned to a United States District Judge for handling.

4. The failure to file a timely opposition following service will result in the grant of the application without any further proceedings.

Dated this 24th day of October, 2018.

*MW S Lasnik*

Robert S. Lasnik
United States District Judge

ORDER DIRECTING SERVICE AND
ESTABLISHING RESPONSE DEADLINE - 2